ANTHONY P. BROOKLIER, SBN 50198
MARKS & BROOKLIER, LLP
10100 Santa Monica Blvd.
Suite 300
Los Angeles, CA 90067
Telephone: (310) 772-2287
Facsimile: (310) 772-2286

Attorney for Defendant
GRIGOR KARAPETIAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-0075-PMP-PAL |
| Plaintiff, ) | **ORDER FOR PERMISSION TO TRAVEL** |
| v. ) | (UNOPPOSED) |
| GRIGOR KARAPETIAN, et al. ) | |
| Defendant. ) | |
| _____) | Hon. Philip M. Pro |

**IT IS HEREBY ORDERED** that defendant Grigor Karapetian be allowed to travel from his home in Las Vegas, Nevada to the offices of his attorney of record in Los Angeles, California on Wednesday, August 25, 2010 to return to his home in Las Vegas by 2:00 p.m. on Saturday, August 28, 2010, for purposes of discussing discovery in his pending criminal case.

Dated:

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE