**FILED**

SEP 0 2 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-CR-075-PMP (PAL) |
| v. ) | |
| ) | |
| GRIGOR KARAPETYAN, ) | |
| ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 2, 2010, defendant GRIGOR KARAPETYAN pled guilty to Count Three of a Four-Count Criminal Indictment charging him with Aggravated Identity Theft in violation of Title 18, United States Code, Section 1028A(c); Title 18, United States Code, Section 1029(a)(1); and Title 18, United States Code, Section 1028A(a)(1) and (c)(4).

This Court finds defendant GRIGOR KARAPETYAN agreed to the forfeiture of property set forth in Forfeiture Allegations of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant GRIGOR KARAPETYAN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B):

. . .

a) Twenty-six (26) blank white plastic cards with re-encoded metallic strip seized from Defendant KARAPETYAN on or about September 13, 2009;

b) Twenty-four (24) blank white plastic cards with re-encoded metallic strip seized from Arnold Bleyan on or about September 13, 2009;

c) $4,320.00 in United States currency, seized from Grigor Karapetyan on or about September 13, 2009; and

d) $3,920.00 in United States currency, seized from Arnold Bleyan on or about September 13, 2009 ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of GRIGOR KARAPETYAN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

. . .

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>DANIEL D. HOLLINGSWORTH
>Assistant United States Attorney
>MICHAEL A. HUMPHREYS
>Assistant United States Attorney
>Lloyd D. George United States Courthouse
>333 Las Vegas Boulevard South, Suite 5000
>Las Vegas, Nevada 89101.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

DATED this 2nd day of Sept, 2010.

_____
UNITED STATES DISTRICT JUDGE

3